JOHN STONKUS, Respondent, v. WILLIAM A. JAMISON and Others, Copartners, etc., Appellants.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Rich, Kelly, Manning, Kelby and Young, JJ.

JOHN STONKUS, Respondent, v. WILLIAM A. JAMISON and Others, Copartners, etc., Appellants.— Motion granted, and stay continued for thirty days to enable defendants to make application to the Court of Appeals for leave to appeal to that court. Present — Rich, Kelly, Manning, Kelby and Young, JJ.

DAVID BERLIN, Respondent, v. RONADO REALTY CO., INC., a Domestic Corporation, Appellant.— Judgment in so far as appealed from unanimously affirmed, without costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Young, JJ.

CRENSHAW ENGINEERING & CONSTRUCTION CO., INC., Appellant, v. NEW YORK MUNICIPAL RAILWAY CORPORATION, and Another, Respondents. LINDLEY M. GARRISON, as Receiver, of the NEW YORK MUNICIPAL RAILWAY CORPORATION, Respondent, v. CRENSHAW ENGINEERING & CONSTRUCTION, CO., INC., and Others, Appellants.— Order consolidating actions affirmed, with ten dollars costs and disbursements. No opinion. Rich, Kelly, Manning, Kelby and Young, JJ., concur.

MARIO FERRARO, an Infant, by JAMES FERRARO, His Guardian ad Litem, Respondent, v. LINDLEY M. GARRISON, as Receiver of the BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Young, JJ.

LINDLEY M. GARRISON, as Receiver of NEW YORK MUNICIPAL RAILWAY CORPORATION, Appellant, v. CRENSHAW ENGINEERING & CONSTRUCTION CO., INC., and Others, Respondents.— Order granting preference over March, 1922, issues affirmed, with ten dollars costs and disbursements. No opinion. Rich, Kelly, Manning, Kelby and Young, JJ., concur.

JOHN GREEN, Respondent, v. PAYNE WHITNEY and Others, as Executors, etc., of OLIVER H. PAYNE, Deceased, Appellants.— Judgment reversed on the law, and complaint dismissed, with costs, on authority of *Lafrinz v. Whitney* (233 N. Y. 107), reversing the decision of the Appellate Division [195 App. Div. 131] on which the learned justice at Special [Trial] Term relied. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

FLORENCE HYNES, as Administratrix, etc., of JAMES HARVEY HYNES, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

HENRIETTA JOHNSON, Respondent, v. ANDREW ANTONOPOULOS, Appellant.— The affidavits presented contain no facts which would justify a finding that defendant either has transferred or assigned, or is about to transfer or assign, his property to avoid his creditors. The papers show that defendant is a resident of this State, that he is doing business herein, and the tying up of his property to await the determination of this action should not be permitted unless there is substantial evidence that defendant is about to make a disposition of his property for the purpose of defrauding his creditors. No such evidence is presented here, and for these reasons the order should be reversed on the law and the facts, with ten dollars costs and disbursements, and the motion to vacate the attachment